STEPHEN F. DANZ, State Bar No. 68318
stephen.danz@employmentattorneyca.com
PATRICK C. CROWL, State Bar No. 313735
pat.crowl@employmentattorneyca.com
STEPHEN DANZ & ASSOCIATES, P.C.
11661 San Vincente Boulevard, Suite 500
Los Angeles, California, 90049
Telephone: 916-804-1315
Facsimile: 310-207-5006

Attorneys for Plaintiff

Attorneys for Plaintiff
NALY PHOTHISANE

SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
mgrajski@seyfarth.com
Lindsay S. Fitch (SBN 238227)
lfitch@seyfarth.com
Rabia Z. Reed (SBN 317288)
rreed@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALY PHOTHISANE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. 2:18-cv-00735-TLN-CMK<br><br>**STIPULATION AND ORDER TO CONTINUE ALL DEADLINES**<br><br><br>Complaint Filed: February 23, 2018 |

Costco Wholesale Corporation ("Defendant") and Naly Phothisane ("Plaintiff") (collectively referred to herein as "the Parties"), by and through their undersigned counsel, stipulate and agree as follows:

1. WHEREAS, the deadline to complete all factual discovery is approaching and currently set for November 29, 2018;

2. WHEREAS, the deadline to file dispositive motions is currently scheduled for no later than 180 days after the close of discovery, currently May 28, 2019;

3. WHEREAS, no trial date is currently set for this matter;

4. WHEREAS, Plaintiff has noted the intention to take numerous additional depositions, including for witnesses Drew Sacuma, Rachel Cagle and Lydia Whitsett, and the Parties continue to engage in ongoing factual discovery efforts;

5. WHEREAS, Plaintiff recently filed a new complaint against Costco which she will seek to have consolidated with the active complaint in this case;

6. WHEREAS, counsel for Plaintiff is unavailable as he is in trial with another case beginning September 17, 2018 for two weeks;

7. WHEREAS, unexpected illness and a necessary medical leave of absence for one of Defendant's attorneys has resulted in the need to continue some deposition dates;

8. WHEREAS, the Parties are continuing to engage in potential settlement discussions and the Parties believe that the costs and expenses associated with expert witness depositions, and other discovery efforts, may be avoided if the Parties can reach a negotiated settlement;

9. WHEREAS, the Parties have met and conferred and have agreed to extend all pending deadlines by two months;

10. WHEREAS, no party or witness will be prejudiced as a result of the requested continuance;

11. WHEREAS, there have been no previously requested continuances or changes to the schedule for this matter;

12. WHEREAS, for the reasons outlined above, good cause exists and it is in the interest of fairness and justice to continue all pending deadlines by two months.

NOW THEREFORE, the Parties hereto stipulate respectfully request that the Court enter an Order continuing all pending deadlines by two months, including but not limited to the factual discovery cut-off deadline currently set for November 29, 2018 and the last date to file dispositive motions, currently set for May 28, 2019.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 3, 2018

Respectfully submitted,

STEPHEN DANZ & ASSOCIATES, P.C.

By: /s/ Patrick C. Crowl
    Patrick C. Crowl

Attorneys for Plaintiff
NALY PHOTHISANE

DATED: September 3, 2018

SEYFARTH SHAW LLP

By: /s/ Mark P. Grajski
    Mark P. Grajski
    Lindsay S. Fitch
    Rabia Z. Reed

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**ORDER**

The Court, having read and considered the Stipulation to Continue Discovery Cut-Off and Motion Filing Hearing Deadlines ("Stipulation") filed by Plaintiff Naly Phothisane and Defendant Costco Wholesale Corporation, and for good cause appearing, hereby approves the Stipulation and orders as follows:

All pending deadlines for the above-captioned matter are hereby continued for a period of exactly two months, including but not limited to the factual discovery cut-off deadline currently set for November 29, 2018 and the last date to file dispositive motions, currently set for May 28, 2019.

Dated: September 10, 2018

_____
Troy L. Nunley
United States District Judge