UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NALY PHOTHISANE,<br><br>        Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendants. | Case No. 2:18-cv-00735-TLN-CMK<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br><br>Complaint Filed: February 23, 2018 |

The Court, having read and considered the Stipulation for Entry of Dismissal of Action With Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) ("Stipulation") filed by Plaintiff Naly Phothisane and Defendant Costco Wholesale Corporation, and for good cause appearing, hereby approved the Stipulation and orders as follows:

**IT IS SO ORDERED**

Dated: October 24, 2018

The Hon. Troy L. Nunley
United States District Judge